UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WILLIE CHARLES OLIVER, JR.  §<br>On Behalf of Himself and All Others §<br>Similarly Situated §<br>§<br>*Plaintiff* §<br>vs. §<br>§<br>MUY PIZZA HOUSTON, LLC, §<br>§<br>*Defendant.* § | CIVIL ACTION NO. 4:19-cv-03412 |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Willie Charles Oliver, Jr. and Defendant Muy Pizza Houston, LLC respectfully advise the Court that they have compromised and reached a settlement in the above-styled and numbered cause. As such, the Parties file this Joint Motion to Dismiss with Prejudice. In support thereof, the Parties would show the Court the following:

Plaintiff initiated this action by filing certain claims against Defendant, as reflected by the pleadings on file herein. The Parties have now resolved all claims and causes of action that were asserted in this suit. Accordingly, Plaintiff no longer desires to pursue such claims and, with Defendant's consent, seeks to dismiss such claims with prejudice.

WHEREFORE, the Parties hereby request that the Court enter an order dismissing this lawsuit in its entirety with prejudice. The Parties have agreed that each party shall bear its own costs, expenses, and attorneys' fees.

Dated: December 23, 2019

Respectfully submitted,

By: */s/ Sara Richey*
Sara Richey - Attorney-in-Charge
Federal Bar No. 1147425
Texas Bar No. 24068763
3801 Kirby Dr., Suite 344
Houston, TX 77098
Tel. (713) 636-9931
Fax: (713) 333-5299
sara@thericheylawfirm.com

COUNSEL FOR PLAINTIFF


By: */s/ Larry J. Simmons*
Larry J. Simmons – Attorney-in-Charge
Texas Bar No. 00789628
Federal I.D. No. 18830
ljsimmons@germer.com
Ryan C. Krone – Of Counsel
Texas Bar No. 24085750
rkrone@germer.com
GERMER PLLC
America Tower
2929 Allen Parkway, Suite 2900
Houston, TX 77002
(713) 650-1313 – Telephone
(713) 739-7420 – Facsimile

COUNSEL FOR DEFENDANT


**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of December 2019, a copy of the foregoing document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing.

By:*/s/ Sara Richey*
Sara Richey