UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| WILLIE CHARLES OLIVER, JR. | § | |
|---|---|---|
| On Behalf of Himself and All Others | § | |
| Similarly Situated | § | |
| | § | CIVIL ACTION NO. 4:19-cv-03412 |
| *Plaintiff* | § | |
| vs. | § | |
| | § | |
| MUY PIZZA HOUSTON, LLC, | § | |
| | § | |
| *Defendant.* | § | |

## **ORDER GRANTING JOINT MOTION FOR DISMISSAL**

On this day, the Court considered the Joint Motion to Dismiss with Prejudice filed by Plaintiff Willie Charles Oliver, Jr. and Defendant Muy Pizza Houston, LLC, and after considering the evidence and arguments of counsel, finds that the Motion should be **GRANTED**.

IT IS THEREFORE ORDERED that the Joint Motion to Dismiss with Prejudice is **GRANTED**. Civil Action No. 4:19-cv-03412; *Willie Charles Oliver, Jr. v. MUY Pizza Houston, LLC,* pending in the United States District Court for the Southern District of Texas, Houston Division is hereby dismissed with prejudice to the rights of all parties. The Parties will each bear their own respective attorneys' fees and costs.

This is a final and appealable order disposing of all claims and all parties.

**SIGNED** this _____ day of _____, 2019.

_____
JUDGE PRESIDING