United States District Court
Southern District of Texas
**ENTERED**
December 30, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIE CHARLES OLIVER, JR., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-19-3412 |
| | § | |
| MUY PIZZA HOUSTON, LLC, | § | |
| Defendant. | § | |

## DISMISSAL ORDER

It is hereby **ORDERED** that the Joint Motion for Dismissal [Doc. # 7] is **GRANTED** and this case, in which Defendant has not yet filed an answer, is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees.

SIGNED at Houston, Texas, this 30th day of **December, 2019**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE